Max Fischer, Respondent, *v.* Joseph Conhaim et al., Appellants.

Appeal from an affirmance by the General Term of the City Court of the city of New York, of a judgment rendered in favor of the plaintiff at a Trial Term of said court.

H. V. Rutherford, for appellants.

J. Wilkenfeld, for respondent.

*Per Curiam.* The nonpayment of the bonus, was by the contract of employment, made dependent upon an exercise by the defendants of their reserved right to discharge the plaintiff within the year. He was not discharged, but served the full term, without any expression of dissatisfaction. He was, therefore, entitled to the extra compensation.

Present: Scott, P. J., Beach and Fitzgerald, JJ..

Judgment affirmed, with costs.

---

Morris L. Geffen et al., Respondents, *v.* The Union Cloak & Suit Company, Appellant.

Appeal from a judgment and order of the General Term of the city of New York, affirming a judgment entered upon the verdict of a jury at a Trial Term of said court.

Louis A. Jaffer, for appellant.

Joseph Martin (William L. Mathot, of counsel), for respondents.

*Per Curiam.* The case presents no exception which raises any question of law.

Present: SCOTT, P. J., BEACH and FITZGERALD, JJ.

Judgment affirmed, with costs.